UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| JOHN HERBERT CRISP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:04-CV-218/1:00-CR-38 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Before the Court is Petitioner John Herbert Crisp's ("Petitioner") motion to stay the proceedings (Court File No. 9). Petitioner states he has filed a civil suit in the Northern District of Georgia, case number 1:04-CV-218 (Martin, B.), that will prove his actual innocence. The Court has inquired about the status of that case, and found all of Petitioner's claims have been dismissed and the case is closed. Petitioner filed a motion for reconsideration and his motion was denied on March 2, 2006. Since it appears Petitioner's former case in the Northern District of Georgia will have no bearing on the current matter, Petitioner's motion to stay (Court File No. 9) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**